

June 17, 2025

**<u>Via E-filing</u>:**
Judge George C. Hanks, Jr.,
USDC, SDTX
US Courthouse
515 Rusk Ave.
Houston, Tx 77003

      Re:    Terry Boutte, Jr. v. Jackson Offshore Operators, LLC, et al
              United States District Court for the Southern District of Texas, Houston
              Civil Action No: 4:22-CV-00948

Dear Judge Hanks:

      Plaintiff would request a status conference with the Court to discuss a trial date for this matter.

Sincerely,

Trent Shelton