**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TERRY BOUTTE, JR. § | |
| § | |
|    Plaintiff(s), § | |
| VS. § | CIVIL ACTION NO. 4:22−cv−00948 |
| § | |
| JACKSON OFFSHORE OPERATORS, § | |
| LLC, et al. § | |
|    Defendant. § | |

## NOTICE OF SETTING

   A Status Conference has been set in this matter for 02:30 PM on 7/14/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

   Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1612943926?pwd=JrcOinafLKEWevjmsOJWA135iqlLuJ.1*
Meeting phone number: 669−254−5252
Meeting ID: 161 294 3926
Meeting Password: 301994

   Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 6/24/2025

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.