United States Courts
Southern District of Texas
FILED

*March 12, 2026*

Nathan Ochsner, Clerk of Court

**ALICE OLIVER-PARROTT, P.C.**
Attorney-Mediator-Arbitrator
3605 Katy Freeway, Suite 104
Houston, Texas 77007
Telephone 713.222.6338
alice@oliverparrott.com
Jennifer@oliverparrott.com

March 12, 2026

George C. Hanks, Jr.
United States District Judge
515 Rusk St., Room 6202
Houston, TX 77002

    Re:    Civil Action No. 4:22-CV-00948; *Terry Boutte, Jr. v. Jackson Offshore Operators, LLC and Chevron U.S.A. Inc.*; In the United States District Court Southern District of Texas, Houston Division

Dear Judge Hanks,

    The referenced case was mediated on March 3, 2026. Although the case did not settle on the day of mediation, the parties worked diligently, and we reached resolution today.

    I appreciated the opportunity to serve on this matter.

                              Very truly yours,

                              Alice Oliver-Parrott

AOP:js